Case No. 15-30112

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MICHAEL F. ILLIES,

Defendant-Appellant

---

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

CRIMINAL APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF LOUISIANA
CRIMINAL ACTION NO. 5:04-CR-50091-5

---

RECORD EXCERPTS FOR THE APPELLANT
MICHAEL ILLIES

---

PATRICIA A. GILLEY
820 Jordan Street, Suite 206
P.O. Box 52011
Shreveport, LA 71135-2011
Tele: (318) 226-4989

ATTORNEY OF RECORD FOR
MICHAEL F. ILLIES

# TABLE OF CONTENTS

TAB

Docket Sheet (ROA.15-30112.1-10) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Minutes of Court (Original Appearance 12-10-2014) (ROA.15-30112.26)   2

Minutes of Court (Revocation Hearing 1-21-2015) (ROA.15-30112.27-28)  3

Documents Provided By Probation Office (ROA.15-30112.29-32) . . . . . . . 4

Judgment of Court (January 21, 2015) (ROA.15-30112.33-34)  . . . . . . . . . 5

Notice of Appeal (ROA.15-30112.35-36)  . . . . . . . . . . . . . . . . . . . . . . . . . 6

Certificate of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

# TAB 1

APPEAL

# U.S. District Court
# Western District of Louisiana (Shreveport)
# CRIMINAL DOCKET FOR CASE #: 5:04-cr-50091-SMH-MLH-5
# Internal Use Only

Case title: USA v. Carbajal et al

Date Filed: 05/27/2004
Date Terminated: 04/01/2005

Assigned to: Judge S Maurice Hicks
Referred to: Magistrate Judge Mark L
Hornsby

Appeals court case number: 15-30112
5CCA

### Defendant (5)

**Michael F Illies**
*TERMINATED: 04/01/2005*

represented by **Patricia A Gilley**
Gilley & Gilley
P O Box 52011
Shreveport, LA 71135-2011
318-226-4989
Fax: 318-226-4502
Email: padg48@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

### Disposition

CONSPIRACY TO DISTRIBUTE
NARCOTICS - did knowingly and
intentionally conspire and agree
together to distribute
methamphetamine or a mixture or
substance containing a detectable
amount of methamphetamine, a
Schedule II controlled substance
(1s)

ORIGINAL SENTENCE: Defendant is committed to
custody of Bureau of Prisons for 121 months and
shall surrender for service of sentence at the
institution designated by Bureau of Prisons before
2:00 PM on 5/2/05. The Court makes
recommendation to Bureau of Prisons that defendant
be designated to the facility in Texarkana, Texas.
Upon release from imprisonment, defendant shall be
on supervised release for five years with standard and
special conditions. Defendant shall pay $100 special
assessment immediately. JUDGMENT ON
REVOCATION FILED 1/28/2015: The defendant is
hereby committed to the custody of the U S Bureau
of Prisons to be imprisoned for a total term of 27
months. Said sentence to be served consecutively to
any other sentence. No additional term of supervised
release is ordered. The defendant is hereby remanded
to the custody of the U S Marshal.

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 21:846; 841(a)(1) CONSPIRACY TO DISTRIBUTE NARCOTICS - did knowingly and intentionally conspire and agree together to distribute methamphetamine or a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance (1) | Dismissed by superseding indictment |
| 21:841(a)(1) NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE - did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance (8) | Dismissed by superseding indictment |
| NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE - did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance (8s) | Dismissed on motion of Government during sentencing proceedings of 3/23/05 |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

## Plaintiff

**USA**                              represented by **Allison Duncan Bushnell**
U S Attorneys Office (SHV)
300 Fannin St Ste 3201
Shreveport, LA 71101-3068
318-676-3618
Fax: 318-676-3663
Email: Allison.Bushnell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Cristina Walker**
U S Attorneys Office (Shreveport)
300 Fannin St Ste 3201
Shreveport, LA 71101-3068
318-676-3600
Fax: 318-676-3654
Email: cristina.walker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald E Hathaway , Jr**
Sockrider Bolin et al
327 Crockett St
Shreveport, LA 71101
318-221-5503
Fax: 318-221-3849
Email: hathawayjr@bellsouth.net
*LEAD ATTORNEY*
*Designation: Retained*

**Howard Parker**
U S Attorneys Office (LAF)
800 Lafayette St Ste 2200
Lafayette, LA 70501
337-262-6618
Fax: 337-262-6682
Email: Howard.Parker2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2004 | | (Court only) **Added Government Attorney Donald E Hathaway Jr [ 5:04-m -5127 ] (McDonnell, D) (Entered: 05/19/2004) |
| 05/27/2004 | | (Court only) **Added Government Attorney Donald E Hathaway Jr (McInnis, S) (Entered: 05/30/2004) |
| 05/27/2004 | 11 (p.122) | SEALED INDICTMENT as to Ricardo Carbajal (1) count(s) 1, 2, 3, Karl Eugene Peacock (2) count(s) 1, 3, Ramiro G Valdez (3) count(s) 1, 3, 5, Kendrick Stringfellow (4) count(s) 1, 4, 6, 7, Michael F Illies (5) count(s) 1, 8, Denise Giddens (6) count(s) 9 (McInnis, S) (Entered: 05/30/2004) |
| 05/27/2004 | 16 (p.126) | DEFENDANT INFORMATION sheet as to Michael F Illies (McInnis, S) (Entered: 05/30/2004) |
| 05/27/2004 | 18 (p.127) | MINUTES OF Grand Jury Report before Magistrate Judge Roy S Payne as to Ricardo Carbajal, Karl Eugene Peacock, Ramiro G Valdez, Kendrick Stringfellow, Michael F Illies, Denise Giddens; Secret indictment; Warrants to issue for Defendant's 1,2,4,5, and 6; Arraignment set for 5/28/04 at 10:00am for Defendant 3. Court Reporter: FTR Digital (McInnis, S) (Entered: 05/30/2004) |

| 05/28/2004 | 22 (p.129) | ARREST WARRANT issued as to Michael F Illies NOE by sem to USM; Delivered to and received by USM on 5/28/04 at 9:21am. (McInnis, S) (Entered: 05/30/2004) |
|---|---|---|
| 05/28/2004 | | Indictment unsealed as to Ricardo Carbajal, Karl Eugene Peacock, Ramiro G Valdez, Kendrick Stringfellow, Michael F Illies, Denise Giddens (McInnis, S) (Entered: 06/02/2004) |
| 06/01/2004 | 24 (p.130) | MINUTES OF Initial Appearance before Magistrate Judge Roy S Payne as to Michael F Illies held; Arraignment set for 2:00 6/10/04 for Michael F Illies; (Defendant informed of rights.) Court Reporter FTR Courtroom 3. NOE by dm (McDonnell, D) (Entered: 06/02/2004) |
| 06/01/2004 | 25 (p.131) | APPEARANCE BOND entered by Michael F Illies in Amount $25000 unsecured (Signed by Magistrate Judge Roy S Payne) (McDonnell, D) (Entered: 06/02/2004) |
| 06/01/2004 | 26 (p.132) | ORDER Setting Conditions of Release as to Michael F Illies (Signed by Magistrate Judge Roy S Payne) NOE by dm (McDonnell, D) (Entered: 06/02/2004) |
| 06/02/2004 | 28 (p.135) | ARREST WARRANT Returned Executed as to Michael F Illies on 6/1/04 (McInnis, S) (Entered: 06/03/2004) |
| 06/09/2004 | 38 (p.136) | ORDER as to Michael F Illies; The Court determines that defendant is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent defendant or recommend counsel for appointment from the CJA panel (Signed by Magistrate Judge Roy S Payne) NOE by dm (McDonnell, D) (Entered: 06/10/2004) |
| 06/10/2004 | | Attorney update in case as to Denise Giddens, Michael F Illies. Attorney Patricia A Gilley for Michael F Illies, Betty Jo Marak for Denise Giddens added. (McInnis, S) (Entered: 06/17/2004) |
| 06/10/2004 | 44 (p.137) | MINUTES for proceedings held before Judge Roy S Payne:ARRAIGNMENT as to Denise Giddens (6) Count 9 and Kendrick Stringfellow (4) Count 1,4,6,7 and Michael F Illies (5) Count 1,8 held on 6/10/2004; PLEA ENTERED by Denise Giddens, Kendrick Stringfellow, Michael F Illies, Not Guilty on all counts in which each defendant is named. Elton Richey formally enrolled as counsel for Stringfellow, and the appointment of the Office of the Federal Public Defender is terminated as of this date. A motion deadline and status conference will be set at a later date. (Court Reporter FTR Digital.) (McInnis, S) (Entered: 06/17/2004) |
| 06/16/2004 | 48 (p.138) | CJA 20 as to Michael F Illies: Appointment of Attorney Patricia A Gilley for Michael F Illies. Voucher Number: 5001463 . Signed by Judge Roy S Payne on 6/8/04. (McInnis, S) (Entered: 06/19/2004) |
| 06/24/2004 | 51 (p.139) | SUPERSEDING INDICTMENT as to Ricardo Carbajal (1) count(s) 1s, 2s, 3s, Karl Eugene Peacock (2) count(s) 1s, 3s, 10s, 11s, 12s, Ramiro G Valdez (3) count(s) 1s, 3s, 5s, Kendrick Stringfellow (4) count(s) 1s, 4s, 6s, 7s, Michael F Illies (5) count(s) 1s, 8s, Denise Giddens (6) count(s) 9s. (McInnis, S) (Entered: 06/29/2004) |
| 06/24/2004 | 52 (p.144) | MINUTES for proceedings held before Judge Robert H Shemwell Sr:GRAND JURY REPORT as to Ricardo Carbajal, Ramiro G Valdez, Karl Eugene Peacock, Kendrick Stringfellow, Michael F Illies, Denise Giddens; Open superseding indictment; Arraignments to be set. (Court Reporter FTR Digital.) (McInnis, S) (Entered: 06/29/2004) |
| 06/24/2004 | 53 | MOTION for Rule 16 Discovery and Inspection by Michael F Illies. (McDonnell, D) |

| | (p.145) | (Entered: 07/07/2004) |
|---|---|---|
| 06/24/2004 | 54 (p.149) | MOTION for Production of Written Summary of Expert Opinions Pursuant to Rule 16(E) FRCP by Michael F Illies. (McDonnell, D) (Entered: 07/07/2004) |
| 06/24/2004 | 55 (p.152) | MOTION for Production of Exculpatory or Favorable Evidence by Michael F Illies. (McDonnell, D) (Entered: 07/07/2004) |
| 06/24/2004 | 56 (p.156) | MOTION for Notice Pursuant to Rule 12 (D)(2) FRCP by Michael F Illies. (McDonnell, D) (Entered: 07/07/2004) |
| 06/24/2004 | 57 (p.159) | MOTION for Production of Statements of Government Witnesses by Michael F Illies. (McDonnell, D) (Entered: 07/07/2004) |
| 07/26/2004 | 64 (p.162) | MINUTE ENTRY ORDER as to Ricardo Carbajal, Ramiro G Valdez, Karl Eugene Peacock, Kendrick Stringfellow, Michael F Illies, Denise Giddens: Dispositive Motions due by 8/23/2004, including any motions under 18 USC 3161(h) for delay of trial. Arraignment on the Superseding Indictment set for 8/27/2004 11:00 AM before Magistrate Judge Roy S Payne. Status Conference set for 8/27/2004 immediately following the arraignments before Magistrate Judge Roy S Payne. Signed by Judge Roy S Payne on 7/23/04. (McInnis, S) (Entered: 08/04/2004) |
| 08/27/2004 | 81 (p.163) | MINUTES for proceedings held before Judge Roy S Payne:ARRAIGNMENT as to Denise Giddens (6) Count 9s and Ramiro G Valdez (3) Count 1s,3s,5s and Karl Eugene Peacock (2) Count 1s,3s,10s,11s,12s and Michael F Illies (5) Count 1s,8s held on 8/27/2004, PLEA ENTERED by Denise Giddens, Ramiro G Valdez, Karl Eugene Peacock, Michael F Illies: Not Guilty on counts all superseding counts. (Tape #11:22:52.) (Reeves, T) (Entered: 09/02/2004) |
| 08/27/2004 | 82 (p.164) | MINUTES for proceedings held before Judge Roy S Payne:STATUS CONFERENCE as to Denise Giddens, Ramiro G Valdez, Karl Eugene Peacock, Kendrick Stringfellow, Michael F Illies held on 8/27/2004. Dispositive Motions due by 9/15/2004. Status Conference set for 9/16/2004 01:00 PM before Magistrate Judge Roy S Payne. Defendant Stringfellow to be arraigned at conclusion of th status conference. (Reeves, T) (Entered: 09/02/2004) |
| 09/07/2004 | | MAIL RETURNED as Undeliverable: Loyd K Thomas 509 Marshall St Ste 409 Shreveport 71101, re: 58 Initial Appearance,, Add and Terminate Attorneys,, Set Hearings, returned by U S Postal Svc marked: forwarding order expired. (Prest, B) (Entered: 09/07/2004) |
| 09/13/2004 | | MAIL RETURNED as Undeliverable:, Loyd K Thomas 509 Marshall St Ste 409 Shreveport 71101, re: 70 Minute Entry, Set Hearings returned by U S Postal Svc marked: no deliverable. (Prest, B) (Entered: 09/13/2004) |
| 09/16/2004 | | STATUS CONFERENCE as to Denise Giddens, Ramiro G Valdez, Karl Eugene Peacock, Kendrick Stringfellow, Michael F Illies held on 9/16/2004 before Magistrate Judge Roy S Payne (McInnis, S) (Entered: 09/24/2004) |
| 09/16/2004 | | Set/Reset Deadlines as to Denise Giddens, Ramiro G Valdez, Karl Eugene Peacock, Kendrick Stringfellow, Michael F Illies: Dispositive Motions due by 10/15/2004. Oppositions due by 10/25/04. See scheduling order, doc 89 (p.165) . (McInnis, S) (Entered: 09/24/2004) |
| 09/17/2004 | | MAIL RETURNED as Undeliverable:, Loyd K Thomas 509 marshall St Ste 409 Shreveport 71101, re: 71 Order on Motion to Appear Pro Hac Vice returned by U S |

| | | |
|---|---|---|
| | | Postal Svc marked: not deliverable. (Prest, B) (Entered: 09/17/2004) |
| 09/20/2004 | 89 (p.165) | SCHEDULING ORDER as to Denise Giddens, Ramiro G Valdez, Karl Eugene Peacock, Kendrick Stringfellow, Michael F Illies: Pretrial Conference set for 12/17/2004 01:30 PM before Honorable S Maurice Hicks. Jury Trial set for 1/10/2005 09:00 AM before Honorable S Maurice Hicks. Evidentiary Hearing set for 10/28/2004 01:00 PM before Magistrate Judge Roy S Payne. Foreseeable Issues, Voir Dire and Pattern Jury Instructions due by 12/10/2004. Plea Agreement due by 12/10/2004. Signed by Judge Roy S Payne on 9/16/04. (McInnis, S) (Entered: 09/24/2004) |
| 09/24/2004 | | MAIL RETURNED as Undeliverable:, Loyd K Thomas 509 Marshall St Ste 409 Shreveport 71101, re: 77 Arraignment,, Initial Appearance,, Plea Entered,, Set Hearings,, 81 (p.163) Arraignment,, Plea Entered,, 64 (p.162) Minute Entry,,, Set Deadlines/Hearings,,, 82 (p.164) Status Conference,, Set Deadlines/Hearings, returned by U S Postal Svc marked: not deliverable. (Prest, B) (Entered: 09/24/2004) |
| 12/09/2004 | 101 (p.11) | MINUTE ENTRY as to Michael F Illies; Change of Plea Hearing set for 12/17/2004 at 10:00 AM before Honorable S Maurice Hicks. Signed by Judge S Maurice Hicks on 12/9/04. (Darnell, C) (Entered: 12/09/2004) |
| 12/17/2004 | 119 (p.12) | MINUTES for proceedings held before Judge S Maurice Hicks:CHANGE OF PLEA HEARING as to Michael F Illies held on 12/17/2004, PLEA ENTERED by Michael F Illies (5) Guilty Count 1s. Sentencing set for 3/23/2005 01:15 PM before Honorable S Maurice Hicks. (Court Reporter Marie Runyon.) (Williams, C) (Entered: 12/27/2004) |
| 12/17/2004 | 120 (p.96) | PLEA AGREEMENT Accepted as to Michael F Illies (Attachments: # 1 Affidavit of understanding # 2 Elements of offense)(Williams, C) (Entered: 12/27/2004) |
| 12/17/2004 | | (Court only) ***Motions terminated as to Michael F Illies: 57 (p.159) MOTION to Produce filed by Michael F Illies, 53 (p.145) MOTION for Discovery filed by Michael F Illies, 54 (p.149) MOTION to Produce filed by Michael F Illies, 55 (p.152) MOTION to Produce filed by Michael F Illies, 56 (p.156) MOTION for Notice Pursuant to Rule 12 filed by Michael F Illies. (McInnis, S) (Entered: 02/15/2005) |
| 01/12/2005 | | MAIL RETURNED as Undeliverable: Mail sent to Ricardo Carbajal, Bayou Dorcheat Correctional Center, 1455 Bravo Blvd, Minden, LA, re: 117 Change of Plea Hearing, Set Hearings, 121 Change of Plea Hearing, Set Hearings, 115 Change of Plea Hearing, Plea Entered, 118 Minute Entry, Set Hearings, 119 (p.12) Change of Plea Hearing, Plea Entered, Set Hearings, 116 Plea Agreement Accepted returned by U S Postal Svc marked: No longer here. (McInnis, S) (Entered: 01/13/2005) |
| 01/21/2005 | | MAIL RETURNED as Undeliverable: Ricardo Carbajal, Bayou Dorcheat Correctional Center, 1455 Bravo Boulevard, Minden, LA, 71055, returned by U S Postal Svc marked: return to sender, not here. (Gilmer, P) (Entered: 01/25/2005) |
| 01/24/2005 | | MAIL RETURNED as Undeliverable:Ricardo Carbajal, Bayou Dorcheat Correctional Center, 1455 Bravo Boulevard, Minden, LA, 71055, returned by U S Postal Svc marked: return to sender, not here. (Gilmer, P) (Entered: 01/25/2005) |
| 01/24/2005 | | MAIL RETURNED as Undeliverable: Ricardo Carbajal, Bayou Dorcheat Correctional Center, 1455 Bravo Boulevard, Minden, LA, 71055, returned by U S Postal Svc marked: return to sender, not here. (Gilmer, P) (Entered: 01/25/2005) |
| 01/24/2005 | | |

| | | MAIL RETURNED as Undeliverable:Bayou Dorcheat Correctional Center, 1455 Bravo Boulevard, Minden, LA, 71055, returned by U S Postal Svc marked: return to sender, not here. (Gilmer, P) (Entered: 01/25/2005) |
|---|---|---|
| 02/14/2005 | 134 (p.13) | MINUTE ENTRY reassigning case as to Ramiro G Valdez, Karl Eugene Peacock, Kendrick Stringfellow, Michael F Illies, Denise Giddens. Judge Roy S Payne no longer assigned to case. Case reassigned to Judge Mark L Hornsby for all further proceedings. Signed by Judge Robert H Shemwell Sr on 2/14/05. (McInnis, S) (Entered: 02/14/2005) |
| 03/18/2005 | | MAIL RETURNED as Undeliverable: Mail sent to Ricardo Carbajal, Bayou Dorcheat Correctional Center, 1455 Bravo Blvd, Minden, LA, re: 138 Sentencing, returned by U S Postal Svc marked: return to sender. (crt,Reynolds, D) (Entered: 09/13/2005) |
| 03/23/2005 | 145 (p.14) | MINUTES for proceedings held before Judge S Maurice Hicks: SENTENCING held on 3/23/2005 for Michael F Illies (5); Count(s) 1, 8 Dismissed by superseding indictment; As to Count(s) 1s, Defendant is committed to custody of Bureau of Prisons for 121 months and shall surrender for service of sentence at the institution designated by Bureau of Prisons before 2:00 PM on 5/2/05. The Court makes recommendation to Bureau of Prisons that defendant be designated to the facility in Texarkana, Texas. Upon release from imprisonment, defendant shall be on supervised release for five years with standard and special conditions. Defendant shall pay $100 special assessment immediately. Count(s) 8s Dismissed on motion of Government during sentencing proceedings of 3/23/05. (Court Reporter Marie Runyon.) (crt,Williams, C) (Entered: 04/04/2005) |
| 04/01/2005 | 146 (p.15) | JUDGMENT as to Michael F Illies (5), Count(s) 1, 8 Dismissed by superseding indictment; As to Count(s) 1s, Defendant is committed to custody of Bureau of Prisons for 121 months and shall surrender for service of sentence at the institution designated by Bureau of Prisons before 2:00 PM on 5/2/05. The Court makes recommendation to Bureau of Prisons that defendant be designated to the facility in Texarkana, Texas. Upon release from imprisonment, defendant shall be on supervised release for five years with standard and special conditions. Defendant shall pay $100 special assessment immediately. Count(s) 8s Dismissed on motion of Government during sentencing proceedings of 3/23/05. Signed by Judge S Maurice Hicks on 3/30/05. (crt,Williams, C) (Entered: 04/04/2005) |
| 05/12/2005 | 161 (p.20) | JUDGMENT RETURNED Executed as to Michael F Illies on 5/2/05. (crt,Williams, C) (Entered: 05/16/2005) |
| 06/10/2005 | | MAIL RETURNED as Undeliverable: Mail sent to Ricardo Carbajal, Bayou Dorcheat Corr Ctr, 144 Bravo Blvd, Minden, LA, re: 145 (p.14) Sentencing, 171 Appeal Record Sent to USCA, 146 (p.15) Judgment, 134 (p.13) Minute Entry Reassigning Case,, 139 Judgment, 165 Judgment, 159 Sentencing, 140 Notice of Appeal - Final Judgment, 156 Sentencing, 166 Notice of Appeal - Final Judgment, 136 Order, 150 Minute Entry, Set Hearings, 157 Judgment, 141 Transmission of Notice of Appeal and Docket Sheet to USCA, 142 Fee Letter for Appeal Filing Fee, 143 Order, 160 Judgment, 151 Minute Entry, Set Hearings, 153 Minute Entry, Set Hearings, 167 Transmission of Notice of Appeal and Docket Sheet to USCA, 155 Appeal Record Sent to USCA, 144 Order on Motion to Appoint Counsel, Order on Motion to Withdraw as Attorney, 163 Order on Motion to Appoint Counsel, Order on Motion to Withdraw as Attorney, returned by U S Postal Svc marked: Not here; Forwarded documents to defendant at corrected address on 6/17/05. (crt,McInnis, S) (Entered: 06/17/2005) |

| 06/13/2005 | | MAIL RETURNED as Undeliverable: Mail sent to Ricardo Carbajal, Bayou Corcheat Corr Ctr, Minden, LA, re: 164 Sentencing, returned by U S Postal Svc marked: Not here; Forwarded to defendant at corrected address on 6/21/05. (crt,McInnis, S) (Entered: 06/21/2005) |
|---|---|---|
| 05/10/2006 | | Attorney update in case as to Ricardo Carbajal, Ramiro G Valdez, Karl Eugene Peacock, Kendrick Stringfellow, Michael F Illies, Denise Giddens. Attorney Cristina Walker for United States of America added. (crt,McInnis, S) (Entered: 05/10/2006) |
| 01/30/2007 | 189 (p.168) | *SEALED* CJA 20 as to Michael F Illies filed under seal: Authorization to Pay Patricia Gilley. Amount: $ 6105.43, Voucher # 5001463 . Signed by Judge S Maurice Hicks on 1/29/07. (crt,Reynolds, D) (Entered: 01/30/2007) |
| 07/22/2014 | 223 | PETITION for Warrant or Summons re Revocation of Supervised Release for Michael F Illies (5) on Count 1s by US Probation. See image associated with Order on Petition. (crt,LaCombe, L) Modified on 12/12/2014 to unseal docket entry(LaCombe, L). (Entered: 07/23/2014) |
| 07/22/2014 | 224 (p.169) | ORDER granting 223 Petition for Warrant or Summons re Revocation of Supervised Release as to Michael F Illies (5). Copy forwarded to AUSA Mudrick and Walker, Fed Public Defender P. Gilley and L. Rambo by CRD on 7/22/2014. Signed by Judge S Maurice Hicks on 07/22/2014. (crt,LaCombe, L) Modified on 12/12/2014 to unseal docket entry(LaCombe, L). (Entered: 07/23/2014) |
| 07/22/2014 | 225 (p.172) | ARREST WARRANT Issued by Judge S Maurice Hicks in case as to Michael F Illies (5). (crt,LaCombe, L) Modified on 12/12/2014 to unseal docket entry(LaCombe, L). (Entered: 07/23/2014) |
| 07/28/2014 | 226 (p.25) | CJA 20 as to Michael F Illies (5): Appointment of Attorney Patricia Gilley. Voucher Number: 50002715. Signed by Magistrate Judge Mark L Hornsby on 07/22/2014. (crt,LaCombe, L) (Entered: 07/29/2014) |
| 11/06/2014 | 227 (p.174) | *SEALED* MOTION for WRIT of Habeas Corpus ad Prosequendum as to Michael F Illies (5) (Attachments: # 1 Proposed order)(aty,Bushnell, Allison) Modified to properly capture motion event on 11/06/2014 (LaCombe, L). Modified on 11/7/2014 to edit text (Delgado, S). (Entered: 11/06/2014), (QC'ed on 11/06/2014, by LaCombe , L) |
| 11/06/2014 | 228 | NOTICE of Corrective Action regarding 227 (p.174) MOTION for Writ of Habeas Corpus ad prosequendum. Action taken: Modified entry to more accurately identify the pleading submitted. (crt,LaCombe, L) (Entered: 11/06/2014) |
| 11/07/2014 | 229 (p.177) | *SEALED* ORDER granting 227 (p.174) Motion for Writ of Habeas Corpus ad prosequendum as to Michael F Illies (5). Initial Appearance set for 12/10/2014 at 2:00 PM before Magistrate Judge Mark L Hornsby. Copies forwarded to AUSA Bushnell, USMS and USPO by sealed email on 11/07/2014. Signed by Magistrate Judge Mark L Hornsby on 11/07/2014. (crt,LaCombe, L) (Entered: 11/07/2014) |
| 11/07/2014 | 230 (p.178) | *SEALED* WRIT of Habeas Corpus ad Prosequendum Issued as to Michael F Illies (5) for 12/10/2014 at 2:00 PM. (crt,LaCombe, L) (Entered: 11/07/2014) |
| 12/09/2014 | 231 | ELECTRONIC MINUTE ENTRY as to Michael F Illies (5). Initial Appearance on Revocation Proceedings set for 12/10/2014 at 2:00 PM is RESCHEDULED for 1:30 PM in Shreveport, Courtroom 3 before Magistrate Judge Mark L Hornsby. Signed by Magistrate Judge Mark L Hornsby on 12/9/14. (crt,Delgado, S) (Entered: 12/09/2014) |

| 12/10/2014 | 232 (p.26) | MINUTES for proceedings held before Magistrate Judge Mark L Hornsby. INITIAL APPEARANCE re Revocation of Supervised Release as to Michael F Illies (5) held on 12/10/2014. Final Hearing re Revocation of Supervised Release set for 1/21/2015 at 11:00 AM before Judge S Maurice Hicks. Defendant is remanded into the custody of the US Marshal. (Court Reporter: LCR Courtroom 3) (crt,LaCombe, L) (Entered: 12/12/2014) |
|---|---|---|
| 12/12/2014 | 233 (p.179) | ARREST WARRANT Returned Executed on 12/10/2014 in case as to Michael F Illies (5) and document filed under seal. (crt,LaCombe, L) (Entered: 12/12/2014) |
| 01/21/2015 | 234 (p.27) | MINUTES for proceedings held before Judge S Maurice Hicks: FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE as to Michael F Illies (5) held on 1/21/2015. The five (5) year term of Supervised Released ordered on March 23, 2005 is hereby revoked. The defendant is committed to the custody of the Bureau of Prisons for a term of 27 months. Said sentence to run consecutively to any other sentence. No additional term of supervised release is ordered. The defendant is hereby remanded to the custody of the U S Marshal. (Court Reporter: Marie Runyon) (Attachments: # 1 Exhibit List) (crt,Williams, L) (Additional attachment(s) added on 4/6/2015: # 2 Exhibits) (Lundy, N). Modified on 4/6/2015 to add exhibits. (Lundy, N). (Entered: 01/28/2015) |
| 01/21/2015 | | (Court only) ***Location start as to Michael F Illies (5) (crt,Williams, L) (Entered: 01/28/2015) |
| 01/28/2015 | 235 (p.33) | JUDGMENT ON REVOCATION as to Michael F Illies (5), ORIGINAL SENTENCE: Count(s) 1, 8, Dismissed by superseding indictment; Count(s) 8s, Dismissed on motion of Government during sentencing proceedings of 3/23/05; Count(s) 1s - Defendant is committed to custody of Bureau of Prisons for 121 months and shall surrender for service of sentence at the institution designated by Bureau of Prisons before 2:00 PM on 5/2/05. The Court makes recommendation to Bureau of Prisons that defendant be designated to the facility in Texarkana, Texas. Upon release from imprisonment, defendant shall be on supervised release for five years with standard and special conditions. Defendant shall pay $100 special assessment immediately. JUDGMENT ON REVOCATION FILED 1/28/2015: The defendant is hereby committed to the custody of the U S Bureau of Prisons to be imprisoned for a total term of 27 months. Said sentence to be served consecutively to any other sentence. No additional term of supervised release is ordered. The defendant is hereby remanded to the custody of the U S Marshal. Signed by Judge S Maurice Hicks on 01/28/2015. (crt,Williams, L) (Entered: 01/28/2015) |
| 02/05/2015 | 236 (p.35) | NOTICE OF APPEAL by Michael F Illies (5) re 235 (p.33) Amended Judgment,,,,. (CJA appointment - Filing Fee not required) (aty,Gilley, Patricia) (Entered: 02/05/2015). (QC'ed on 02/06/2015, by Mitchell , Pam P.) |
| 02/06/2015 | | NOTICE of Appeal Transcript Order Requirement: Directed to Patricia A Gilley on behalf of Michael F Illies (5) regarding 236 (p.35) Notice of Appeal - Final Judgment. Pursuant to FRAP 10(b), the appellant must file the transcript order form regardless of whether transcripts are necessary. Access the 5th Circuit site by clicking here, then scroll down to the Links section and click on *Form: Transcript Order Form.*

In following the instructions on the form, please note manual notification to the court reporter and the 5th Circuit Court of Appeals is STILL REQUIRED. (crt,Mitchell, Pam) (Entered: 02/06/2015) |
| 02/10/2015 | | |

| | 237 (p.37) | APPEAL TRANSCRIPT REQUEST by Michael F Illies (5) for Revocation Hearing & Sentencing held on January 21, 2015 before Judge S. Maurice Hicks, Jr.. Court Reporter Marie Runyon. (aty,Gilley, Patricia) (Entered: 02/10/2015), (QC'ed on 02/11/2015, by Lundy , N) |
|---|---|---|
| 03/13/2015 | 245 (p.180) | *SEALED* CJA 20 as to Michael F Illies (5) filed under seal: Authorization to Pay Patricia Gilley. Amount: $1,359.16, Voucher #50002715. Signed by Judge S Maurice Hicks on 3/10/15. (crt,McInnis, S) (Entered: 03/19/2015) |
| 03/18/2015 | 244 (p.38) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Michael F Illies (5) for Final Hearing on Revocation of Supervised Release for date of 1/21/2015 before Judge S. Maurice Hicks, Jr., re 236 (p.35) Notice of Appeal - Final Judgment. Court Reporter/Transcriber Marie Runyon, Telephone number 318-222-9203. Pages: 58. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter. Redaction Request due 4/13/2015. Redacted Transcript Deadline set for 4/23/2015. Release of Transcript Restriction set for 6/19/2015. (crt,Runyon, M) (Entered: 03/18/2015), (QC'ed on 03/23/2015, by Reeves , T) |
| 03/19/2015 | | USCA Case Number as to Michael F Illies (5) 15-30112 for 236 (p.35) Notice of Appeal - Final Judgment filed by Michael F Illies. Set Deadline as to Michael F Illies (5) re 236 (p.35) Notice of Appeal - Final Judgment :( Certify Appeal Record by 4/3/2015.) (crt,Lundy, N) (Entered: 03/24/2015) |
| 04/06/2015 | 246 (p.103) | *SEALED* PRE-SENTENCE INVESTIGATION REPORT filed under seal as to Michael F Illies (5) (crt,Lundy, N) (Entered: 04/06/2015) |
| 04/06/2015 | 247 (p.119) | *SEALED* STATEMENT OF REASONS filed under seal as to Michael F Illies (5) (crt,Lundy, N) (Entered: 04/06/2015) |
| 04/06/2015 | 248 (p.188) | *SEALED* CJA 24 as to Michael F Illies (5) filed under seal: Authorization to Pay Marie Moran Runyon $208.05 for Transcript (of revocation hearing of 1/21/15), Voucher #150406000030. Signed by Judge S Maurice Hicks on 03/30/2015. (crt,Williams, C) (Entered: 04/06/2015) |

**TAB 2**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.    5:04-CR-50091-05 |
| VS. | JUDGE:      HICKS |
| MICHAEL F. ILLIES | MAG. JUDGE: HORNSBY |

### MINUTES OF COURT:
#### *Initial Appearance*

| | | | |
|---|---|---|---|
| Date: | December 10, 2014 | Presiding: Mag. Judge Mark L. Hornsby | |
| Court Opened: | 01:30 p.m. | Courtroom Deputy: Suzanne Delgado | |
| Court Adjourned: | 01:50 p.m. | Probation Officer: Jennifer DeMoss | |
| Statistical Time: | 00:20 | LCR, Courtroom 3 | |

#### APPEARANCES

| | | |
|---|---|---|
| 1. Allison Bushnell, AUSA | for | United States of America |
| 2. Patricia Gilley, CJA Appointed counsel | for | Michael F. Illies |
| 3. Michael F. Illies, Defendant | | |

#### PROCEEDINGS

**PRIOR TO COURT OPENING:**

Judge Hornsby met with counsel prior to the initial appearance to discuss scheduling.

**INITIAL APPEARANCE *on Petition for Revocation of Supervised Release (rec. doc. #223)*:**

The defendant admitted his identity and waived formal advisement of the charge and of his constitutional rights.

The defendant stipulated that there is probable cause to believe that he has violated the conditions of his supervised release.  Accordingly, the defendant is remanded into the custody of the U.S. Marshal pending a final revocation hearing before Judge Hicks on Wednesday, January 21, 2015 at 11:00 a.m.  in the Shreveport courthouse.

TAB 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

PRESENT:

HON.   S. MAURICE HICKS, JR.          JUDGE
       Marie Runyon                   COURT REPORTER
       Denise McDonnell               COURTROOM DEPUTY

DATE :      January 21, 2015
COURT OPENED    : 11:15 a.m.
COURT CLOSED    : 12:40 p.m.
STATISTICAL TIME:01:25

## MINUTES OF COURT

CRIMINAL NO. : 5:04-CR-50091-05

_X_ Defendant present
_X_ Defendant in custody

OTHER CASE NO.: NONE

DEFENDANT     : MICHAEL F. ILLIES

GOVERNMENT COUNSEL: ALLISON D. BUSHNELL

DEFENSE COUNSEL     : PATRICIA A. GILLEY

( ) PUBLIC DEFENDER     ( ) RETAINED     (X) CJA     ( ) WAIVED

___X___ CASE CALLED FOR FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE

### COMMENTS:

The defendant stipulates that he has violated the conditions of his supervised release as outlined in the Petition for Warrant filed by the Probation Officer.

The five (5) year term of Supervised Release ordered on March 23, 2005 is hereby revoked.

Karen Lee, Supervising U.S. Probation Officer, Shreveport Probation Office, was also present and provided information in open court regarding the probation file.

It is the finding of the Court that in accordance with the U.S. Sentencing Commission Guidelines Manual, the offender has committed Grade A and Grade C violations of his supervised release.

The manual's policy statements suggest an imprisonment range of 27-33 months for a defendant committing a Grade A violation of Supervised Release and having a Criminal History Category of II.

The Court has considered these guidelines, and after review of the record and pursuant to the Sentencing Reform Act of 1984, the defendant is committed to the custody of the Bureau of Prisons for a term of 27 months. In accordance with U.S.S.G. §7B1.3(f), said sentence is to be served consecutively to any other sentence. The Court recommends that the Bureau of Prisons designate defendant to be housed as close to his family as possible.

No additional term of supervised release is ordered.

The defendant is hereby remanded to the custody of the U.S. Marshal.

The defendant is notified of her right to appeal. If a Notice of Appeal is filed under 18 U.S.C. §3742, a Review of Sentence, the Clerk is directed to transmit the Presentence Report, under seal, to the Court of Appeals.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA

VERSUS

MICHAEL F. ILLIES

CRIMINAL NO.  5:04-CR-50091-05

JUDGE HICKS

MAGISTRATE JUDGE HORNSBY

EXHIBIT LIST FOR REVOCATION HEARING
(Exhibits filed in U.S. Probation File)

DEFENDANT 1        Correspondence and emails from Defense counsel to U.S. Probation re Probation file re
                  defendant's file from Houston, Texas Probation Office.

TAB 4

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
PROBATION OFFICE

**BECKY BURKS**
CHIEF PROBATION OFFICER
315 RUSK AVE.
HOUSTON 77002

P. O. BOX 61207
HOUSTON 77208

Voice: (713) 250-5266
Fax: (713) 250-5092

Reply to: Houston

600 EAST HARRISON STREET
# 103
BROWNSVILLE 78520-7122

1123 N. SHORELINE
SUITE 124
CORPUS CHRISTI 78401

POST OFFICE BOX 3636
ALICE 78333-3636

1300 VICTORIA, SUITE 2111
LAREDO 78040

POST OFFICE BOX 1670
GALVESTON 77553-1670

1701 WEST BUSINESS 83, SUITE 729
McALLEN 78501-5159

253 N. FM 3167
RIO GRANDE CITY 78582-6270

POST OFFICE BOX 123
VICTORIA 77902-0123

July 22, 2014

Karen W. Lee
Supervising U.S. Probation Officer
United States Courthouse
300 Fannin Street, Suite 2202
Shreveport, LA  71101

RE:     **Michael F. Illies**
        **WD/LA Case No. 04-50091-05**
        **Violation Report/Warrant Request**

Dear Ms. Lee:

Pursuant to our recent telephonic contact, a violation report is being submitted for your Court's consideration.

On March 23, 2005, Mr. Illies appeared before the Honorable S. Maurice Hicks, Jr. for sentencing after pleading guilty to conspiracy to distribute fifty grams or more of methamphetamine or 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. He was committed to the custody of the Bureau of Prisons for 121 months, with a five year term of supervised release to follow. Special conditions included drug treatment and a $100 special assessment.

Supervised release commenced in Houston on February 8, 2013, with a scheduled expiration date of February 7, 2018. The special assessment was paid in full. DNA was collected. The drug treatment condition was satisfied. Urine specimens have tested negative for illicit drug usage.

On June 10, 2014, Mr. Illies was arrested by the Fort Smith, Arkansas, Police Department and was charged with possession of methamphetamine with purpose to deliver, in violation of § 5-64-420(b)(3) of the Arkansas Criminal Code; possession of drug paraphernalia, in violation of § 5-64-443(b) of the Arkansas Criminal Code; possession of drug paraphernalia, in violation of § 5-64-443(a)(2) of the Arkansas Criminal Code; and possession of marijuana, in violation of § 5-64-419(b)(5)(I) of the Arkansas Criminal Code. According to the offense report, on June 10, 2014, local law enforcement authorities and state parole officers went to the Motel 6 in Fort Smith, Arkansas, on a tip of illegal activity involving one of their parolees. Upon entering the room, state parolee, Tara Hewes, was in bed sleeping with federal supervised releasee, Michael Illies. Observed inside the room were plastic bags containing methamphetamine and marijuana, a loaded syringe, and a glass smoking pipe. Additionally, a butane lighter and digital scale was found in Mr. Illies' shoe, as well as numerous pills in his jeans pocket. Mr. Illies was arrested at the scene and his bond has been set at $10,000 cash. He remains in custody at the Sebastian County Detention Center in Fort Smith, Arkansas. Case No. CR-2014-532 remains pending in the Circuit Court of Sebastian County, Arkansas, Fort Smith District, Criminal Division.

We are respectfully requesting that a warrant be issued for Mr. Illies's arrest and filed as a detainer. Attached is a copy of the offense report and criminal information.

If you should have any questions or need additional information, please contact USPO McMillan at 713-250-5692.

Sincerely,

Scott E. McMillan
U.S. Probation Officer

Approved for submittal:

Carlos M. Solis, Jr., Supervising
U.S. Probation Officer

Rec Type: IMPOUNDED(SEIZED DRUGS)
UCR Type: MISCELLANEOUS                          Property Type: DRUGS
Brand:                                          Model:
Description:                                     Serial #:
Quantity:
Owner Applied Number:                           Stolen/Found Value:
Recovered Value:
Rep/Evid/Found Date: 6/10/2014 09:52
Recover/Found Date:

                        TOTAL VALUE STOLEN: $0
                        TOTAL VALUE RECOVERED: $0


### INCIDENT NARRATIVE

On 06/10/14 at approximately 09:00, I was contacted by PO Adam Nading and asked to meet him along with PO Adam Brown at Motel 6. (6001 Rogers Ave.)   Upon arriving, he stated he wanted my assistance in making contact with a parolee named Tara Cherry/Hewes in room #136.   The PO's entered the hotel room and I followed them inside.   Once inside the room, we found Ms. Hewes and Michael Tillies in bed sleeping.   I along with the PO's quickly saw that there several plastic zip lock baggies of what appeared to methamphetamines, a loaded syringe and a glass smoking pipe sitting in plain view on the night stand.   Both of them were secured and the PO's then instructed me to search the tv stand area along with the suspect's clothes that were lying on the chair so they could put them on.   While checking Mr. Tillies shoes, I located butane lighter and a set of digital scales inside the left shoe.   I also located numerous loose pills in both of their jeans pockets. Once the clothes were cleared, they were given to them to put on.   The rest of the room was search by the PO's and they located another set of digital scales, a plastic baggie containing marijuana and another plastic baggie containing methamphetamines.

I asked Ms. Hewes if she had a car at the hotel and she stated she did. She stated that it was gray Toyota car showed me the keys for it.   PO Brown asked me to assist him in searching the car she said was hers. We found a bag with several syringes and several plastic baggies in the glove box.   PO Brown also located a bottle with numerous hydrocodone pills in it inside a purse in the back seat that also contained personal identification for Hewes.

The FSPD Narcotics Unit was contacted and responded to the scene to collect the evidence and to speak with the involved parties.   (See their supplements for details.)


Cpl. Joey Boyd 4338

### ARREST NARRATIVE for Arrest#: 1

On 06/10/14 at approximately 09:00, I was contacted by PO Adam Nading and asked to meet him along with PO Adam Brown at Motel 6. (6001 Rogers Ave.)   Upon arriving, he stated he wanted my assistance in making contact with a parolee named Tara Cherry/Hewes in room #136.   The PO's entered the hotel room and I followed them inside.   Once inside the room, we found Ms. Hewes and Michael Tillies in bed sleeping.   I along with the PO's quickly saw that there several plastic zip lock baggies of what appeared to methamphetamines, a loaded syringe and a glass smoking pipe sitting in plain view on the night stand.   Both of them were secured and the PO's then instructed me to search the tv stand area along with the suspect's clothes that were lying on the chair so they could put them on.   While checking Mr. Tillies shoes, I located butane lighter and a set of digital scales inside the left shoe.   I also located numerous loose pills in both of their jeans pockets. Once the clothes were cleared, they were given to them to put on.   The rest of the room was search by the PO's and they located another set of digital scales, a plastic baggie containing marijuana and another plastic baggie containing methamphetamines.

I asked Ms. Hewes if she had a car at the hotel and she stated she did. She stated that it was gray Toyota car showed me the keys for it.   PO Brown asked me to assist him in searching the car she said was hers. We found a bag with several syringes and several plastic baggies in the glove box.   PO Brown also located a bottle with numerous hydrocodone pills in it inside a purse in the back seat that also contained personal identification for Hewes.

The FSPD Narcotics Unit was contacted and responded to the scene to collect the evidence and to speak with the involved parties.   (See their supplements for details.)

Cpl. Joey Boyd 4338

### ARREST NARRATIVE for Arrest#: 2

On 06/10/14 at approximately 09:00, I was contacted by PO Adam Nading and asked to meet him along with PO Adam Brown at Motel 6. (6001 Rogers Ave.)   Upon arriving, he stated he wanted my assistance in making contact with a parolee named Tara Cherry/Hewes in room #136.   The PO's entered the hotel room and I followed them inside.   Once inside the room, we found Ms. Hewes and Michael Tillies in bed sleeping.   I along with the PO's quickly saw that there several plastic zip lock baggies of what appeared to methamphetamines, a loaded syringe and a glass smoking pipe sitting in plain view on the night stand.   Both of them were secured and the PO's then instructed me to search the tv stand area along with the suspect's clothes that were lying on the chair so they could put them on.   While checking Mr. Tillies shoes, I located butane lighter and a set of digital scales inside the left shoe.   I also

located numerous loose pills in both of their jeans pockets. Once the clothes were cleared, they were given to them to put on.   The rest of the room was search by the PO's and they located another set of digital scales, a plastic baggie containing marijuana and another plastic baggie containing methamphetamines.

I asked Ms. Hewes if she had a car at the hotel and she stated she did. She stated that it was gray Toyota car showed me the keys for it.   PO Brown asked me to assist him in searching the car she said was hers. We found a bag with several syringes and several plastic baggies in the glove box.   PO Brown also located a bottle with numerous hydrocodone pills in it inside a purse in the back seat that also contained personal identification for Hewes.

The FSPD Narcotics Unit was contacted and responded to the scene to collect the evidence and to speak with the involved parties.   (See their supplements for details.)

Cpl. Joey Boyd 4338

OFFENSE REPORT REVIEWED BY WATKINS, TRAVIS ON 6/11/2014 9:09:35 AM

OFFENSE REPORT APPROVED BY WATKINS, TRAVIS ON 6/11/2014 9:09:35 AM

TAB 5

Case 5:04-cr-50091-SMH-MLH  Document 235  Filed 01/28/15  Page 1 of 2 PageID #: 702

AO245D   Judgment in a Criminal Case for Revocation (Rev. 09/11)
Sheet 1

RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE  1 , 28, 15
BY ___ Dm

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA

v.

MICHAEL F. ILLIES
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 5:04-CR-50091-05

USM Number: 12310-035

Patricia A. Gilley
Defendant's Attorney

**THE DEFENDANT** stipulates that he has violated the conditions of his supervised release as outlined in the Petition for Warrant filed by the Probation Officer on July 22, 2014.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in the economic circumstances.

COPY SENT:
DATE: 1/28/15
BY: Dm
TO: USP-cert.

January 21, 2015
Date of Imposition of Sentence

Signature of Judicial Officer

S. MAURICE HICKS, JR., United States District Judge
Name & Title of Judicial Officer

1/28/15
Date

AO245B  Judgement in a Criminal Case (Rev. 09/11 )
    Sheet 2 — Imprisonment

Judgment - Page 2 of 2

DEFENDANT:    MICHAEL F. ILLIES
CASE NUMBER:    5:04-CR-50091-05

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 27 months .

[✓]    The court makes the following recommendations to the Bureau of Prisons:

    The Court recommends that the Bureau of Prisons designate defendant to be housed as close to his family as possible.

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [] a.m.   [] p.m.  on ___.
    [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

                                  _____
                                  UNITED STATES MARSHAL

                              By _____
                              DEPUTY UNITED STATES MARSHAL

TAB 6

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **\* CASE NO. 5:04-CR-50091-05** |
| | \* |
| **VS.** | **\* JUDGE HICKS** |
| | \* |
| **MICHAEL F. ILLIES** | **\* MAGISTRATE JUDGE HORNSBY** |

## NOTICE OF APPEAL

**NOW INTO COURT**, through undersigned counsel, comes MICHAEL F. ILLIES, made

defendant herein, who hereby gives notice that he appeals to the United States Court of Appeals

for the Fifth Circuit from the final judgment following his probation revocation hearing and

sentence entered in this matter on January 28, 2015.

**WHEREFORE**, MICHAEL F. ILLIES prays that this notice of appeal be deemed

sufficient to perfect the appeal as set forth above.

Respectfully Submitted,

GILLEY & GILLEY
820 Jordan Street, Suite 206
Post Office Box 52011
Shreveport, LA 71135-2011
(318) 226-4989

BY: /s/ Patricia A. Gilley
    PATRICIA A. GILLEY
    LA Bar Number 6215
    Attorney for Michael F. Illies

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF APPEAL has been

filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will

be sent to counsel for the government, Allison D. Bushnell, Assistant U.S. Attorney, Shreveport,

Louisiana, this 5th day of February 2015.

/s/ Patricia A. Gilley
**PATRICIA A. GILLEY**

# TAB 7

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Record Excerpts to the Original Brief for the Appellant Michael F. Illies, has this day been served by the 5th Circuit electronic filing system on C. Mignonne Griffing, Assistant United States Attorney.

Shreveport, Caddo Parish, Louisiana this 9th day of June 2015.

**PATRICIA A. GILLEY**